```
MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 30, 2013
```

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY LeJEUNE | CIVIL ACTION |
| VERSUS | NUMBER: 11-2482 |
| PRODUCTION SERVICES NETWORK U.S., INC., ET AL. | SECTION: "B"(5) |

### HEARING ON MOTION

APPEARANCES:   Michael Davis, Joe Tynan, Elton Foster, Elizabeth Ryan

MOTION:

(1) Plaintiff's Motion for Leave to File Second Supplemental and Amending Complaint (Rec. doc. 74).
(2) O'Brien's Motion to Quash (Rec. doc. 81).

_____ :   Continued to

\_\_1\_\_ :   No opposition

\_\_2\_\_ :   Opposition

MJSTAR(00:25)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

__1__ : Granted.

_____ : Denied.

__2__ : Other.  The categories of documents sought under Nos. 1 and 2 to Exhibit A to Chill Boats' Notice of Records Deposition to O'Brien (rec. doc. 81-8, p. 4) are hereby quashed as overly broad.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE